**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRASER VERRUSIO,<br><br>Defendant. | Criminal Case No. 09-cr-00064 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendant's Motion for Reconsideration of the Court's Memorandum Opinion on the defendant's Motion to Vacate, Set Aside, and Correct Sentence Pursuant to 28 U.S.C. § 2255, or in the Alternative, Petition for a Writ of Error *Coram Nobis*, ECF No. 180, the related legal memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion for Reconsideration is DENIED.

**SO ORDERED**.

Date: June 19, 2017

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
Chief Judge